1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
   Michael P. Murphy, Chief Deputy (SBN 83887)
2  Miruni Soosaipillai, Deputy (SBN 160858)
   Timothy Fox, Deputy (SBN 190084)
3  Hall of Justice and Records
   400 County Center, 6th Floor
4  Redwood City, CA 94063
   Telephone: (650) 363-4762
5  Fax: (650) 363-4034
   Email: mmurphy@co.sanmateo.ca.us

7  Attorneys for Defendant
   COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BRAUN, et al., | Case No. CV 03-03415 MJJ |
| Plaintiffs, | [~~PROPOSED~~] ORDER ALLOWING PARTIES TO BRING AUDIOVISUAL EQUIPMENT INTO FEDERAL BUILDING |
| vs. | |
| COUNTY OF SAN MATEO, | Date: September 27, 2005
Time: 3:30 p.m.
Dept: Hon. Martin J. Jenkins |
| Defendant. | Trial Date: October 11, 2005 |

The joint motion by Plaintiffs Oscar Braun et al. and Defendant County of San Mateo for permission to bring audiovisual equipment into the Federal Building for use in the trial of this matter was heard on September 27, 2005 before the Honorable Martin J. Jenkins in Courtroom 11 of this court. All parties appeared through their counsel of record. The court has considered the motion, and hereby finds that good cause exists to grant it.

IT IS HEREBY ORDERED that the U.S. Marshals Service permit Plaintiffs Oscar Braun et al. and Defendant County of San Mateo to bring audiovisual equipment into the Federal Building in San Francisco for use in the trial of this matter, commencing on October 11, 2005 and lasting until the trial is

Case No. CV 03-03415 MJJ
[~~PROPOSED~~] ORDER ALLOWING PARTIES TO BRING AUDIOVISUAL EQUIPMENT INTO FEDERAL BUILDING

1  completed.  Said equipment may include, but is not limited to, an ELMO, a DVD player, a projector, and
2  a projection screen.

4  Dated: __Oct 7__, 2005

                                                         */s/ Martin J. Jenkins*
5                                          Hon. MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE

Case No. CV 03-03415 MJJ         2
[PROPOSED] ORDER ALLOWING PARTIES TO BRING AUDIOVISUAL EQUIPMENT INTO FEDERAL BUILDING