IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAUN ET AL,

      Plaintiffs,                                        No. C 03-03415 JSW

  v.

COUNTY OF SAN MATEO,                           **ORDER SETTING BRIEFING SCHEDULE**

      Defendant.
_____/

     This matter is set for a hearing on June 13, 2008 on Plaintiffs' motion to enforce the settlement agreement.  The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 25, 2008 and a reply brief shall be filed by no later than May 2, 2008.

     If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated:  April 11, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California