**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BRAUN, ET AL,

10            Plaintiffs,                    No. C 03-03415 JSW

11   v.

12   COUNTY OF SAN MATEO,              **ORDER OF REFERRAL TO**
                                       **MAGISTRATE JUDGE BERNARD**
13            Defendant.               **ZIMMERMAN FOR REPORT**
     _____/  **AND RECOMMENDATION**

14

15       The Court HEREBY REFERS Plaintiffs' motion for enforcement of the settlement

16   agreement o Magistrate Judge Bernard Zimmerman to prepare a report and recommendation.

17   The hearing set for June 13, 2008 is HEREBY VACATED and the parties shall be notified by

18   Judge Zimmerman of a new date and time for appearance on the motion.

19       **IT IS SO ORDERED.**

20

21   Dated:  June 11, 2008                _____
                                          JEFFREY S. WHITE
22                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28