UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAUN, et al.<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>COUNTY OF SAN MATEO,<br><br>　　　　Defendant(s). | No. C03-3415 JSW<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: June 16, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\braun recusal.wpd

1