IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAUN, ET AL,

    Plaintiffs,

v.

COUNTY OF SAN MATEO,

    Defendant.

No. C 03-03415 JSW

**ORDER OF REFERRAL TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

    The Court HEREBY REFERS Plaintiffs' motion for enforcement of the settlement agreement to a randomly assigned magistrate judge to prepare a report and recommendation. The parties shall be notified by the assigned magistrate judge of a new date and time for appearance on the motion.

    **IT IS SO ORDERED.**

Dated: June 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom