United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  OSCAR BRAUN, et al.,                    Case No. C-03-3415 JSW (MEJ)
12              Plaintiffs,                 ORDER SCHEDULING HEARING ON
                                            PLAINTIFFS' MOTION TO ENFORCE
       vs.                                  SETTLEMENT AGREEMENT;
13
    COUNTY OF SAN MATEO,
14
                Defendant
15
                                        /
16
17
18
19       This matter has been referred to Magistrate Judge Maria-Elena James for a Report and
20  Recommendation on Plaintiffs' Motion to Enforce Settlement Agreement. Accordingly, the Court
21  will hold a hearing on Plaintiffs' motion on August 28, 2008, at 10:00 a.m., in Courtroom B., 450
22  Golden Gate Avenue, San Francisco, California.
23       The Court is aware that the motion and papers both in support and opposition to the motion
24  were filed some time ago. The Court therefore ORDERS that the parties meet and confer and draft a
25  joint letter brief regarding the current status of the case as regards to Plaintiffs' motion. This brief
26  shall be filed with the Court by August 21, 2008, with a paper copy lodged with Judge James'
27  chambers by August 22, 2008.
28

**IT IS SO ORDERED.**

Dated: August 8, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2