IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BRAUN, et al., | No.C 03-3415 MEJ |
| Plaintiffs, | ORDER SETTING STATUS CONFERENCE |
| vs. | |
| COUNTY OF SAN MATEO, | |
| Defendant. | |

    The Court hereby sets a status conference in this matter for 10:00 a.m., December 11, 2008, Courtroom B., 450 Golden Gate Avenue, San Francisco, California.  By December 4, 2008, the parties shall each lodge with chambers, a brief status report on the current status of the case.

    **IT IS SO ORDERED.**

Dated: November 19, 2008

MARIA-ELENA JAMES
United States Magistrate Judge