IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAUN, et al., | No. C 03-3415 MEJ |
| Plaintiff(s), | No. C 08-4814 MEJ<br>Related Cases |
| vs. | **ORDER RE: STATUS STATEMENT** |
| COUNTY OF SAN MATEO, et al., | |
| Defendant(s). | |

On December 1, 2008, the Court granted Plaintiffs' request to relate the above-captioned matters. As the lower-numbered case (C 03-3415 MEJ) is currently scheduled for a status conference on December 11, 2008, the Court finds it appropriate to conduct a status conference for both cases on that date. Accordingly, the parties shall file a joint status statement addressing both cases by December 4, 2008.

**IT IS SO ORDERED.**

Dated: December 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge