IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAUN, et al., | No. C 03-3415 MEJ |
| Plaintiff(s), | No. C 08-4814 MEJ<br>Related Cases |
| vs. | **ORDER GRANTING DEFENDANTS'<br>MOTION TO DISMISS C-08-4814 MEJ** |
| COUNTY OF SAN MATEO, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' Motion to Dismiss the complaint in *Braun v. County of San Mateo, et al., C-08-4814 MEJ*. (Dkt. #10.) On January 16, 2009, Plaintiffs filed a statement of non-opposition. (Dkt. #11.) Accordingly, the Court hereby GRANTS Defendants' motion to dismiss. However, this dismissal shall not affect Plaintiffs' pending motion to enforce the settlement agreement in *Braun v. County of San Mateo, et al., C-03-3415 MEJ*. The further status conference scheduled for January 29, 2009 shall remain on calendar. The parties shall file a joint status statement by January 22, 2009.

The Clerk of Court shall close the C-08-4814 MEJ file.

**IT IS SO ORDERED.**

Dated: January 16, 2009

MARIA-ELENA JAMES
United States Magistrate Judge